# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TONY CURTIS AINLEY, JR.                                                                          PLAINTIFF
ADC #140402

V.                                NO: 5:11CV00247 DPM/HDY

RAY HOBBS *et al.*                                                              DEFENDANTS

## ORDER

Plaintiff Tony Curtis Ainley, Jr. filed an amended complaint on February 13, 2012, and service was ordered. On March 2, 2012, the summons was returned unexecuted as to Defendant Charles Freyder (docket entry #27). Service had been attempted in the care of the Arkansas Department of Correction, but was returned because Freyder is no longer employed there. However, Freyder's last known address was provided and filed under seal. Accordingly, service will be attempted at that address.

IT IS THEREFORE ORDERED THAT:

1. Freyder's last known addresses shall not be made part of any public record.

2. The Clerk of the Court shall prepare a summons for Freyder, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), amended complaint (docket entry #17), and this order, on Freyder, at the address provided under seal, without prepayment of fees and costs or security therefor.

3. Upon re-issuance of the summons and complaint, the United States Marshal is hereby directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the address prior to forwarding a copy to Plaintiff.

DATED this __5__ day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE