IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TONY CURTIS AINLEY JR.
ADC # 140402                                                          PLAINTIFF

v.                          No. 5:11-cv-247-DPM

RAY HOBBS, Director, Arkansas Department
of Correction; and CHARLES FREYDER, Chaplain
Varner Unit, Arkansas Department of Correction           DEFENDANTS

## JUDGMENT

Ainley's complaint is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal from this judgment and the accompanying order would be frivolous and not in good faith.

D.P. Marshall Jr.
United States District Judge

16 May 2012